# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

RECEIVED
07 AUG 20 AM 9:16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:

VS.

I-35W BRIDGE, INTERSTATE 35 WEST BRIDGE;
GOVERNOR THOMAS J. VILSACK;
U.S. TRANSPORTATION SECRETARY MARY PETERS;
ARMY CORPS OF ENGINEERS;
NTSB CHAIRMAN MARK ROSENKER;
SILVER BRIDGE, OHIO;
SUNSHINE SKYWAY BRIDGE, TAMPA BAY;
MISSISSIPPI RIVER,
DEFENDANTS

## COMPLAINT
### "JUSTICE FOR VICTIMS"
### "TRO TEMPORARY RESTRAINING ORDER"

This is a complaint under Bivens action, civil rights violations, trading with the enemy Act, violation of the constitution and the laws of the United States, federal tort claims inflicted by that include, but not limited to; Murder, conspiracy, sabotage, major fraud, terrorism, genocide, identity theft, hacking, treason, torture, copyright infringement, Racketeering, false information, Bad debt.

Unsafe Highway's throughout Iowa, Iowa cornfields.

COMES NOW the Plaintiff Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for all Defendants named in this suit to give a response. Moves this Honorable Court to issue a "TRO" Temporary Restraining order against all Defendants, Defendants siblings, Defendants vehicles from any further contact with Plaintiff. Plaintiff moves this honorable court for a Jury trial. As Plaintiff is claiming that his Federal and state constitutional rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 14th amendments. Plaintiff seeks 125,000,000,000 Billion dollars from Defendants to be paid to the victims of I-35W.

## 1

My name is Jonathan Lee Riches. I'm serving an illegal sentence of 125 months in federal prison for Identity theft, wire fraud, Hacking, Phishing, telephone Phreaking. My case is out of the Southern District of Texas, case # H-03-90.

I warned the state of Minnesota in the past about bridge cracks on I-35 west Bridge. I wrote letters to the Governor between April 20, 1999 until my federal Arrest Feb 25th, 2003. The Governor responded back to me "Mind Your business Kid."

I'm entitled for relief under the whistleblowing act.

## 2

Defendants are in a vast conspiracy to sabotage bridges around the country, including; I-35W, Silver Bridge in Ohio, Sunshine Skyway Bridge in Tampa, Covered Bridges in Pennsylvania.

## 3

My Identity was stolen from Defendants. My credit was used to purchase imported steel from Japan's Nippon co. Defendants also bought Home Depot Lumber.

**4**

I witnessed Defendants trading secrets with International cartels and cabals. blueprints and demolition of bridges.

**5**

Defendant's placed obese people besides the victims on I-35w prior to bridge falling. This put strains on the concrete.

**6**

I-35w was sabotage created by Defendants to justify more federal funding at the expense of tax payers. The Governor has a secret plan to put toll roads around the city, and charge people entering the city. RFID chip people entering the state.

**7**

Defendant's placed my copyrighted picture on the Hillsborough County Jail Tampa Florida inmate lookup site without my consent. Defendants also used my copyrighted name on billboards, hallways at Mall of America, Stuckeys, for commercial gain.

**8**

Defendants are in a conspiracy with Alaska Senator Ted Stevens to build a bridge to nowhere.

**9**

I suffered psychiatric trauma watching the buildings fall on Youtube. The Defendants are testing my mind to the limits. I get hate mail from exposing them. Defendants cause me to lose weight. I now weigh 125 Lbs at 5ft 10 in. I have pictures to show upon request. I used to weigh a healthy 170 Lbs.

**10**

Defendants threatened to crack more bridges. A deliberate Act to cause panic and chaos.

11

Plaintiff also files a motion for appointment of council. As I need legal help against this conspiracy

12

Defendants violated my 6th amendment rights on my criminal case by enhancing me millions of dollars of fraud loss that was not proven to a Jury nor in my Indictment.

- Defendants accused me of stealing Janet Reno's identity getting a gold lexus in her name, using a credit card to charge vehicle insurance, faxing the policy to Kinko's
- Defendants falsely accused me of stealing Sean "P. diddy" Combs Citibank card and adding a authorized user in the name "Christie Combs" and sending it to mail boxes etc in Tarpon Springs Fl. to use.
- Defendants accused me of hacking into AOL and stealing thousands of customers information through a "spamming" and "phishing" operation.

13

Defendants bet on sports, Defendants are in negotiations to buy the Wall St. Journal, Defendants have a future secret plan, the secrets guarded at a military brig in Charleston, S.C.

Conclusion

I pray for the victims. Plaintiff prays this honorable court gives him and the victims relief. Please help America's

respectfully
submitted _____
Jonathan Lee Riches ©
U.C.C. 1-308

Jonathan Lee Riches ©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590

Jonathan Lee, Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

FLORENCE SC
14 AUG 2007 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CLERK OF COURT
123 E. Walnut St.
Des Moines, IA 50309

50309+2035