IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JONATHON LEE RICHES©,<br><br>Plaintiff,<br><br>vs.<br><br>I-35W BRIDGE, INTERSTATE 35 WEST BRIDGE; GOVERNOR THOMAS VILSACK, U.S. TRANSPORTATION SECRETARY MARY PETERS, ARMY CORPS OF ENGINEERS, NTSB CHAIRMAN MARK ROSENKER, SILVER BRIDGE, OHIO, SUNSHINE SKWAY BRIDGE, TAMPA BAY, MISSISSIPPI RIVER,<br><br>Defendants. | 4:07-cv-00369–RP<br><br>**PRESCREENING ORDER** |

The Court has received a pro se complaint submitted by an inmate of a federal correctional institution in South Carolina. Beginning April 10, 2006, the filing fee for all civil cases (except habeas actions) is $350.

Under the provisions of the Prison Litigation Reform Act, the Court is required to assess and collect an initial partial filing fee of 20% of the average monthly deposits to the prisoner account or 20% of the average monthly balance of the prisoner account for the past six months, whichever is greater. After paying this initial partial fee, the prisoner must pay 20% of each future month's income to the prisoner's account. The agency having custody of the prisoner shall send these payments to the Clerk of Court when the prisoner account has more than $10 in it, until the full filing fee is paid. See 28 U.S.C. § 1915(b).

In order to make this assessment, the plaintiff must submit (1) an affidavit that includes a statement of all assets possessed, (2) a **certified copy** of the prisoner's account statement for the past six months, obtained from the appropriate official at the institution, and (3) an authorization to debit trust account. The Court requires that the appropriate prison official also calculate the initial partial filing fee using the formula described above, and attach it to the certified copy of the prisoner account statement.

Plaintiff has not paid the filing fee or submitted an application to proceed without prepayment of fees supported by the financial information needed to rule on an application to proceed without prepayment of fees. Plaintiff must submit either the $350.00 filing fee or a properly supported application to proceed without prepayment of fees, **no later than 30 days** from the date this order is filed. The forms for filing this information are attached. **Failure to submit this information will result in the dismissal of the case.**

Most, if not all, of the entities named as defendants cannot be sued in this Court. Plaintiff may wish to consider this in deciding whether he wishes to incur the $ 350.00 filing fee by proceeding with this case. In addition, by that same date, Plaintiff shall file a report stating whether he has filed any prior lawsuits while incarcerated, and identifying any that have been dismissed as frivolous.

IT IS SO ORDERED.

Dated this___24th___ day of August, 2007.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT

FORM C                                                                                           No. 4:07-cv-00369-RP

## CERTIFICATE of INMATE ACCOUNT and ASSETS

  I certify that the applicant, _____, has the sum of $_____ on account to his/her credit at the _____ institution where he/she is confined.  I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution:

_____

_____

  I further certify that, during the last six months, (a) the applicant's average inmate account balance was $_____, and (b) the average of the monthly deposits to the inmate account was $_____.

  Based on the above inmate account information, I calculate that 20 percent of the greater of (a) or (b) above is $_____.

  Attached is a certified copy of the trust fund account statement for the applicant for the last six months.

  Signed this _____ day of _____, 20\_\_\_\_\_.


                   _____
                   Authorized Officer of Institution

FORM D                                                                                                  No. 4:07-cv-00369-RP

## AUTHORIZATION TO DEBIT TRUST ACCOUNT TO PAY
## FEDERAL COURT FILING FEES

I, _____, request and authorize the agency holding me in custody to disburse to the Clerk of the United States District Court for the Southern District of Iowa funds from my trust fund account (or institutional equivalent) to pay the initial partial payment for the filing fee for my civil action entitled _____ v. _____.

I understand that the total filing fee for this action is $350. I also understand that the balance of this fee will be deducted from my account in monthly installments until the entire $350 fee is paid. The monthly installments will be equal to 20% of the monthly income deposited to my account during the preceding calendar month. I agree that I am responsible for the entire $350 fee regardless of the outcome of the case.

I agree that this authorization will apply to any other agency into whose custody I may be transferred.

_____
(Name and Register Number)

Dated this \_\_\_\_\_ day of _____, 20\_\_\_\_.

<u>FORM B</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JONATHON LEE RICHES,<br><br>Plaintiff,<br><br>vs.<br><br>I-35W BRIDGE ET AL,<br><br>Defendants. | No. 4:07-cv-00369-RP<br><br>AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |

I, _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without being required to **prepay** the full filing fee, I state that because of my poverty, I am unable to prepay the filing fee for this action; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1. Where are you imprisoned?

2. When did you begin your imprisonment there?

3. When do you expect to be released?
4. Are you presently receiving an allowance or wages from the prison or jail?
   If the answer is YES, state the amount of your allowance or wages per month.

5. Have you received within the past 12 months any money from a business, profession or

other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, life insurance, gifts, inheritances, court award or settlement, or other sources? _____ If YES, give the amount received and identify the sources:

6.   What is the current balance in your prison account?

7.   Do you own cash, or do you have money in a checking or savings account, other than a prison account? _____ If YES, state the current balance:

8.   Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such as radios, TV sets, stereo, books, etc., and personal clothing)? _____ If YES, describe the property and state its approximate value:

   I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court. **My identification number at this institution is:** _____ _____.

I declare under penalty of perjury that I have read the foregoing and it is true, complete, and correct.

Signed this _____ day of _____, 20_____.


                                      _____ (Signature of Plaintiff)