Riches v. I-35W Bridge — Doc. 3
Case 4:07-cv-00369-RP   Document 3   Filed 09/04/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RECEIVED
07 SEP -4 AM 10: 17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

Jonathan Lee Riches ©,
Plaintiff

V.

CASE NO: 4:07CV00369

I-35W Bridge, et al.
DEFENDANTS

## MOTION FOR TRO TEMPORARY RESTRAING ORDER

Comes now the Plaintiff, Sir Jonathan Lee Riches ©, in pro-se, Moves this Honorable Court to issue an order for Defendants to respond. Moves for a Temporary Restraining Order against Defendants. Plaintiff prays for relief

### 1

The Mississippi is Rising, very mad since I filed a suit. The Mississippi has friends across the land. A water Gang'o Creeks, ponds, canals — All of them are plotting me.

### 2

Aug 27, 2007 - A S.O.S. message on Pirate radio decoded by my personal scientists
they detect a chemical bridge imbalance on the Golden Gate
My team is in Rout to check

⅛ the X Files'o

Dockets.Justia.com

3

Aug 27, 2007 - The Governor is Rounding up other Governors, they are on their way to me.

Buckets and Buckets of Iowa Corn
Even Nebraska Cornhuskers are Involved

4

May 6, 2007 - Defendants are responsible for unsolved Bridge Jumpers

5

Japan is responsible for I-35W Bridge, this beef goes back to the Pearl Harbor days

6

When I-35 fell, I felt Electro Magnetic Rays through the Atmosphere reaching me.

Mother Earth and her mysterious Powers!

CONCLUSION

The Governor has tricks up his sleeves. I compel this court to enter me in the witness protection plan. Jessie Ventura and Gov. Arnold both took on predator together — See the conspiracy!

Respectfully
Submitted

Jonathan Lee
Riches

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE
29 AUG 20[..]

United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa 50306

50306+9344