IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JONATHON LEE RICHES©,<br><br>    Plaintiff,<br><br>vs.<br><br>I-35W BRIDGE, INTERSTATE 35 WEST BRIDGE; GOVERNOR THOMAS VILSACK, U.S. TRANSPORTATION SECRETARY MARY PETERS, ARMY CORPS OF ENGINEERS, NTSB CHAIRMAN MARK ROSENKER, SILVER BRIDGE, OHIO, SUNSHINE SKWAY BRIDGE, TAMPA BAY, MISSISSIPPI RIVER,<br><br>    Defendants. | 4:07-cv-00369–RP<br><br>**ORDER** |

   On August 24, 2007, the Court entered an order directing that Plaintiff submit either the $350.00 filing fee or a properly supported application to proceed without prepayment of fees within thirty days. Plaintiff was warned that failure to do so would result in the dismissal of the case. In addition, Plaintiff was ordered to file a report stating whether he has filed any prior lawsuits while incarcerated, and identifying any that have been dismissed as frivolous.

   Plaintiff has failed to comply with the order, and this case is **dismissed**.

   IT IS SO ORDERED.

   Dated this ___9th___ day of October, 2007.

ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT